The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARNULFO BERMUDEZ BARRIGA,<br>Plaintiff,<br>v.<br>JOSEPH B. EDLOW, *et al.*,<br>Defendants. | Case No. 2:26-cv-03538-RSL<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |

For good cause, Plaintiff and Defendants, by and through counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings until April 7, 2027. Plaintiff brings this litigation pursuant to the Administrative Procedure Act and the Mandamus Act, seeking an order to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-485, Application to Register Permanent Residence or Adjust Status. Defendants' response to the Complaint is due by November 24, 2026.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for



**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need for further judicial intervention. USCIS needs additional time to adjudicate this application as it is working through required steps in the adjudication process. As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until April 7, 2027. The parties will submit a status update on or before April 7, 2027.

Accordingly, for good cause, the parties stipulate and respectfully request that this Court continue to stay this litigation through April 7, 2027.

DATED this 2nd day of November, 2026.

Respectfully submitted,

*s/ Madeline D. Swan*
MADELINE D. SWAN, Cal. Bar No. 318179
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: madeline.swan@usdoj.gov

*Attorney for Defendants*

*I certify that this memorandum contains 253 words, in compliance with the Local Civil Rules.*

*s/ Katherine H. Rich*
KATHERINE H. RICH, WSBA #46881
Rich Immigration PC
1207 N 200th Street Suite 214b
Shoreline, WA 98133
Phone: 206-853-4073
Email: katherine@richimmigration.com

*Attorney for Plaintiff*

**ORDER**

The case is held in abeyance until April 7, 2027. The parties shall submit a status update on or before April 7, 2027. It is so **ORDERED**.

DATED this 3rd day of November, 2026.

ROBERT S. LASNIK
United States District Judge



**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970